# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA J. BOHNER, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-0046 |
| | : | |
| v. | : | |
| | : | (JUDGE MANNION) |
| ANDREW M. SAUL, Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 18)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commissioner denying her claim for DIB, **(Doc. 1)**, is **DENIED**, and the Commissioner's decision is **AFFIRMED**;

**(3)** the plaintiff's objections to the report of Judge Schwab, **(Doc. 19)**, are **OVERRULED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 30, 2019**
18-0046-01-ORDER.wpd